# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** K & D Cleaning Corp

)      **Bankruptcy No.** 10 B 13398
)
**Debtor(s)**      )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on __October 25, 2012 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Richard J. Mason is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date:   September 11, 2012

In re: K & D Cleaning Corp
Bankruptcy No. 10 B 13398

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

represented by **Alonzo H Zahour**
Law Office of Alonzo H. Zahour
235 Remington Boulevard Suite G1
Bolingbrook, IL 60440

*Trustee*
**Richard J Mason**
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

U.S. Trustee
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*
**K & D Cleaning Corp**
3026 S Halsted
Chicago, IL 60608