## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **K & D CLEANING CORP.,** | ) | Case No. 10-13398 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:  July 28, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

### NOTICE OF FINAL FEE APPLICATION

To:     See Attached Service List

On June 4, 2015, McGuireWoods, LLP ("McGuireWoods") filed the **Final Fee Application of McGuireWoods LLP for Allowance And Payment of Compensation And Reimbursement of Expenses As Counsel For the Trustee (the "Application").** McGuireWoods seeks $8,886.00 in compensation and $352.21 in expense reimbursement.  A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **July 28, 2015**, at the hour of **10:30 a.m.** before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge (or any judge who may be sitting in her stead) in Courtroom 682 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on July 28, 2015, you or your attorney must file a written Objection to the

Application, which should explain the reasons why you object, with the Clerk of the

Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the

Hearing on July 28, 2015 at 10:30 a.m.

If you do not object, the Court may grant the relief requested.


By:    /s/ Paul J. Catanese


Richard J. Mason, P.C.(ARDC #01787659)
Paul J. Catanese (ARDC #6292530)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1815
(312) 849-8100
*Counsel to Richard J. Mason, Trustee*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **FINAL FEE APPLICATION OF MCGUIREWOODS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE (the "Application") and the Notice of the same** to be served on this 4th day of June, 2015 via the Court's electronic filing system on all parties who have consented to receipt of such service and upon all other parties on the attached Service List via United States mail, proper postage prepaid.

/s/ Paul J. Catanese
Paul J. Catanese

## SERVICE LIST

K & D Cleaning Corp
3026 S Halsted
Chicago, IL 60608

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn, 7th Floor
Chicago, IL 60604

ADT Security
c/o Goodman Law Group LLC
700 Commerce Drive Ste 500
Oak Brook, IL 60523

AT&T
Bankruptcy Dept
6021 S. Rio Grande Ave
1st Floor
Orlando, FL 32859

Allied Waste Services
2608 S Damen
Chicago, IL 60608

American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Circuit Associates
c/o Michael Balourdos
311 S Wacker Drive Suite 5125
Chicago, IL 60606

City of Chicago Dept of Environment
Pollution Prevention Unit
33 N LaSalle Lower Level
Chicago, IL 60602

Com Ed
System Credit/Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523

ComEd
System Credit/Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523

Dex
Attn Customer Care
1615 Bluff City Highway
Bristol, TN 37620

Domestic Uniform Rental Co
c/o Jayson M Colton
30555 Northwestern Hwy
Suite 300
Farmington, MI 48334

Drycleaner Environmental Response
Trust Fund of IL
PO Box 480
Bensenville, IL 60106-0480

First Equity Card Corp
PO Box 84075
Columbus, GA 31908-4075

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th flr.

Just Energy
35190 Eagle Way
Chicago, IL 60678-1351

Lawn Manor Currency Exchange
3148 W 63rd St
Chicago, IL 60629

Lease Finance Group
233 N Michigan Avenue Suite 1800
Chicago, IL 60601-5802

Lipke Kentex Hesse Inc
5125 Church St
Skokie, IL 60077

Marlin Leasing
PO Box 637
Mount Laurel, NJ 08054

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

People's Gas
130 E Randolph 17th Floor
Chicago, IL 60601-6207

Raymond J Busch Ltd
17728 S Oak Park Avenue
Suite B
Tinley Park, IL 60477

Reliable Fire Equipment Co
12845 S Cicero Ave
Alsip, IL 60803-3083

Safety Kleen Corp
PO Box 25084
Lehigh Valley, PA 18002

State of Illinois
ICS Payment and Correspondence
PO Box 19043
Springfield, IL 62794

Stericycle
2850 100th Court NE
Minneapolis, MN 55449-5137

Thirty First & Morgan
Check Cashers Inc
c/o Bonnie J Schoenberg
425 Huehl Rd Bldg 3
Northbrook, IL 60062

Alonzo H Zahour
Law Office of
Alonzo H. Zahour
235 Remington Boulevard
Suite G1
Bolingbrook, IL 60440

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **K & D CLEANING CORP.,** | ) | **Case No. 10-13398** |
| | ) | |
| Debtor. | ) | **Hon. Jack B. Schmetterer** |
| | ) | |
| | ) | **Hearing Date: July 28, 2015** |
| | ) | **Hearing Time: 10:30 a.m.** |

## COVER SHEET FOR FINAL FEE APPLICATION FOR
## PROFESSIONAL COMPENSATION FOR MCGUIREWOODS LLP

Name of Applicant:                                      McGuireWoods LLP

Authorized to Provide Professional Services to:   Richard J. Mason, Ch.7 Trustee

Date of Retention Order:                              August 18, 2011 effective as of February 1,
                                                      2011

Period for which Compensation is Sought:          From June 8, 2010 through
                                                      February 16, 2015

Amount of Fees Sought:                                $8,886.00

Amount of Expense Reimbursement Sought:          $352.21

This is an:                     Interim Application __        Final Application X

If this is not the first application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| N/A | | | |

State the aggregate amount of fees and expenses paid to the Applicant to date for services
rendered and expenses incurred herein is:  $0.00.

Dated: June 4, 2015                    **McGuireWoods LLP**


                                   By:  ___ /s/ Paul J. Catanese _____
                                            One of its Attorneys

Richard J. Mason, P.C. (ARDC #01787659)
Paul J. Catanese (ARDC #06292530)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-9100

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **K & D CLEANING CORP.,** | ) | **Case No. 10-13398** |
| | ) | |
| Debtor. | ) | **Hon. Jack B. Schmetterer** |
| | ) | |
| | ) | **Hearing Date: July 28, 2015** |
| | ) | **Hearing Time: 10:30 a.m.** |

**FINAL FEE APPLICATION OF MCGUIREWOODS LLP FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR THE TRUSTEE FOR THE PERIOD
JUNE 10, 2010 THROUGH FEBRUARY 16, 2015**

McGuireWoods LLP ("McGuireWoods"), counsel for Richard J. Mason, the trustee ("Trustee") in the above-captioned bankruptcy case, submits this Final Fee Application (the "Application") of McGuireWoods for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel for the Trustee for the Period from June 10, 2010 through February 16, 2015, (the "Compensation Period") and requests the entry of an order (i) allowing and authorizing payment of compensation (the "Compensation") in the amount of $8,886.00 and in the amount of $352.21 for services provided and expenses incurred by McGuireWoods as counsel to the Trustee, deeming interim compensation and expense reimbursement final, and, in support thereof, respectfully states as follows:

### Jurisdiction and Venue

1.    This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).

2.    The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

3.    Venue of this Case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

4.    On or about March 26, 2010 ("Petition Date"), the Debtor commenced this bankruptcy case by filing a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Code")

5.    Shortly thereafter, Richard J. Mason was appointed trustee.

6.    On August 18, 2011, the Court entered an order authorizing the Trustee to retain McGuireWoods as counsel to the Trustee, effective as of February 1, 2011. **[Docket No. 20]**

7.    The Trustee is currently holding cash totaling $25,600.30. If authorized, payment of the fees and expenses requested herein would be made from those funds.

## Relief Requested

**8.**    Through this Application, McGuireWoods now seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code, approving and authorizing payment of the Compensation in the amount of $8,886.00 and the Expense Reimbursement in the amount of $352.21 incurred in representing the Trustee during the Compensation Period. A detailed abstract containing specific summaries of all of the services provided by McGuireWoods, including all fees charged and all expenses incurred, is attached hereto as Exhibit A.

## Trustee's Activities

9.    This is McGuireWoods' Final Application for compensation.

10.    The activities in which McGuireWoods was engaged during the Compensation Period were primarily related to (i) general administration of the estate; (ii) review of claims; (iii)

sale of equipment owned by the estate; (iv) addressing potential tax issues; (v) correspondence with creditors; and (vi) the sale of dry cleaning equipment, and (vii) matters in connection with the closing of the case.

11.    As a result of McGuireWoods' and the Trustee's efforts related to the sale of equipment, $5,000.00 was brought into the estate for distribution to creditors.

12.    The normal hourly rates charged by the principals and associates of McGuireWoods for the Compensation Period covered by this application is as follows:

| Name | Title | Specialty | Total Hours | Rate ($/hour) | Total Value |
|---|---|---|---|---|---|
| Paul J. Catanese | Associate | Bankruptcy and Litigation | 3.6 | $425.00 | $1,530.00 |
| | | | 2.6 | $400.00 | $1,040.00 |
| | | | 10.3 | $350.00 | $3,605.00 |
| | | | 3.5 | $335.00 | $1,172.50 |
| Kimberly McFarland | Paralegal | Bankruptcy | 2.0 | $255.00 | $510.00 |
| | | | 2.0 | $245.00 | $490.00 |
| | | | 1.2 | $240.00 | $288.00 |
| | | | 0.3 | $235.00 | $70.50 |
| | | | 0.8 | $225.00 | $180.00 |
| **Total** | | | **26.3** | **$225 - $425** | **$8,886.00** |

13.    The blended rate of attorneys and paraprofessionals representing the Trustee in this case is approximately $300.00

## Nature of Services Performed by McGuireWoods

14.    All services performed by McGuireWoods for which compensation is being sought were performed for and on behalf of the Trustee.

15.     This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

16.     None of the payments received by McGuireWoods will be shared with any other party, nor are these payments subject to a sharing arrangement between McGuireWoods and any third party.

17.     In accordance with section 330 of the Bankruptcy Code, McGuireWoods represents that the amount of fees and expenses are fair and reasonable given: (a) the nature of this case and of the Adversary; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

18.     During the Compensation Period McGuireWoods performed significant legal services to the Trustee, as set forth above.

| Nature of Services | Approximate Hours | Approximate Value |
|---|---|---|
| 0001-<br>General Administration | 26.3 | $8,886.00 |
| | | $8,886.00 |
| **Total** | 26.3 | |

19.     All of the services summarized above were reasonably necessary in order that the interest of the estate and its creditors be adequately represented, protected and defended and to maximize the recovery to the estate and its creditors.


**Computation of Compensation**

20.     The services performed by McGuireWoods during the Compensation Period required a total time expenditure for which compensation is sought of approximately 26.3 hours

on the part of the principals and associates of McGuireWoods. The services for which McGuireWoods is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent and value of the services for which McGuireWoods is seeking compensation, the time spent on such services and cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than $8,886.00.

### Expenses

21.     In addition, McGuireWoods incurred certain reasonable and necessary expenses during its representation of the Trustee in the amount of $352.21. A detailed breakdown of these expenses is contained in Exhibit A.

A summary of these reasonable and necessary expenses is provided below:

In-House Copying ($87.70) : McGuireWoods bills $0.10 per page for all internal copies. Such charge is reasonable and customary in the legal industry, representing costs of copy materials, outside services, acquisition, maintenance, storage and operation of copy machines, maintaining the copy center.

Postal Service (194.28): McGuireWoods seeks reimbursement for postal service mailing costs actually incurred in the course of its service to the Trustee.

PACER ($31.84): McGuireWoods seeks reimbursement of actual expenses incurred in performing computer legal research using PACER in this case.

Long Distance Telephone ($5.20): McGuireWoods seeks reimbursement of expenses for long distance calls incurred in representing the Trustee in these cases.

Federal Express Charges ($27.19): McGuireWoods seeks reimbursement of $27.19 in Federal Express charges.

12

<u>Transportation Charge ($6.00)</u>: McGuireWoods seeks reimbursement associated with transportation charges associated with attending hearings at the Bankruptcy Court.

### Notice

22.     Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application.     In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, McGuireWoods has mailed a copy of this Application and Notice of the hearing on all parties on the service list in this bankruptcy case, except those who have consented to receive service through the Court's electronic filing system.

WHEREFORE, McGuireWoods prays this Court enter an order (i) allowing McGuireWoods' compensation of $8,886.00 as payment for legal fees; (ii) allowing reimbursement of expenses to McGuireWoods in the amount of $352.21; (iii) approving the form and manner of notice provided to creditors and other parties in interest; (iv) authorizing payment of such fees and expenses from the bankruptcy estate; and (v) granting such further relief as the Court deems just and appropriate.

Dated: June 4, 2015

                    /s/ Paul J. Catanese
                    *One of the Attorneys for the Trustee*


Richard J. Mason, P.C. (ARDC #01787659)
Paul J. Catanese (ARDC #6292530)
McGuireWoods LLP
77 W. Wacker Drive Suite 4100
Chicago, IL 60601
(312) 849-810061920104_1.docx

64119073_1.docx

13

# EXHIBIT A

# McGuireWoods

**Richard J. Mason PC**
312.750.3527

**77 West Wacker Drive, Suite 4100**
Chicago, Illinois 60601-1818

May 7, 2015

REMITTANCE COPY
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202

INVOICE NO. ******

K&D Cleaning Corp, the Bankruptcy Estate of
3026 S. Halsted
Chicago, IL 60608-5805

TAX ID NO.  54-0505857

Re: K&D Cleaning Corp., Bankruptcy
    Our File No.:        2059161-0001

Balance Forward from Prior Invoices:                    $0.00
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:                      $8,886.00
     Current Disbursements:              $352.21
     **Current Invoice Total:**                       $9,238.21

     Total Balance Due for this Matter:              $9,238.21

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

           McGuireWoods LLP
           Attn: Accounts Receivable
           901 E. Cary Street
           Richmond, VA 23219-4030

     **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Richard J. Mason PC**
312.750.3527

**77 West Wacker Drive, Suite 4100**
**Chicago, Illinois 60601-1818**

May 7, 2015

K&D Cleaning Corp, the Bankruptcy Estate of
3026 S. Halsted
Chicago, IL 60608-5805

Bill Through: 02/28/15

INVOICE NO.  ******                        TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: K&D Cleaning Corp., Bankruptcy
    Our File No.:           2059161-0001

| Date | Description | Hours |
|------|-------------|-------|
| 06/08/10 | Telephone call to J. Bromberek, counsel to purchasers of new equipment<br>Paul J. Catanese | .10 |
| 06/08/10 | Draft letter to counsel for purchase of certain assets and draft Bill of Sale regarding the same<br>Paul J. Catanese | 1.00 |
| 06/16/10 | Draft bill of sale<br>Paul J. Catanese | .20 |
| 06/17/10 | Draft bill of sale and letter to counsel for potential purchaser of certain assets<br>Paul J. Catanese | 1.00 |
| 06/22/10 | Telephone call to J. Bromberek regarding revised offer to purchase cleaning equipment<br>Paul J. Catanese | .10 |
| 06/23/10 | Phone call to J. Bromberek regarding his client's efforts to buy equipment<br>Paul J. Catanese | .10 |
| 07/19/10 | Draft letter to purchaser of certain of the debtor's assets<br>Paul J. Catanese | .10 |

K&D Cleaning Corp., Bankruptcy
File Number: 2059161-0001                          Page    2
Invoice No. *****                                  May 7, 2015

| | | |
|---|---|---|
| 10/05/10 | Draft email to counsel for purchaser of certain assets accepting the latest offer to sell certain assets<br>    Paul J. Catanese | .50 |
| 10/12/10 | Respond to creditor Dry Cleaner environmental response inquiry regarding the status of the case<br>    Paul J. Catanese | .30 |
| 10/19/10 | Telephone call to J. Bromberek regarding status of payment<br>    Paul J. Catanese | .10 |
| 02/01/11 | Telephone call to J. Bromberek with counteroffer<br>    Paul J. Catanese | .30 |
| 02/10/11 | Draft response letter to J. Bromberek<br>    Paul J. Catanese | .30 |
| 04/13/11 | Discuss case K & D Case with attorney for creditor dry cleaners fund with their attorney (.3)<br>    Paul J. Catanese | .30 |
| 06/08/11 | Review Motion to Sell<br>    Paul J. Catanese | .30 |
| 06/14/11 | Revise Motion to Sell Equipment for K & D Cleaning Corp. - .4<br>    Kimberly McFarland | .40 |
| 06/28/11 | Revise Motion to Sell and raise Motion to Retain (K & D Cleaning)<br>    Paul J. Catanese | 1.00 |
| 06/29/11 | Revise motion to retain and sell<br>    Paul J. Catanese | .60 |
| 07/28/11 | Finalize motions for filing<br>    Paul J. Catanese | .50 |
| 07/29/11 | Finalize motions to sell and arrange for service of the same<br>    Paul J. Catanese | .50 |
| 08/17/11 | Prepare for tomorrow's hearing<br>    Paul J. Catanese | .20 |

K&D Cleaning Corp., Bankruptcy
File Number: 2059161-0001
Invoice No. ******

| 08/18/11 | Attend court on Motion to sell equipment and motion to retain counsel (1.1); amend Motion to Settle in light of the Court's comments at hearing (.8)<br>Paul J. Catanese | 1.90 |
|---|---|---|
| 08/25/11 | Telephone call with potential purchaser and make additional advertisements of equipment for sale<br>Paul J. Catanese | 1.00 |
| 08/26/11 | Review multiple inquiries regarding equipment for sale<br>Paul J. Catanese | .40 |
| 08/30/11 | Return calls from parties making inquiries regarding sale of equipment<br>Paul J. Catanese | .40 |
| 09/07/11 | Prepare for tomorrow's hearing<br>Paul J. Catanese | .20 |
| 09/08/11 | Prepare for court (.2); travel to and attend hearing on Motion to Sell (1.4); telephone call to Buyer's counsel with status (.1)<br>Paul J. Catanese | 1.70 |
| 09/09/11 | Obtain signed bill of sale from Trustee and draft letter to buyer's counsel<br>Paul J. Catanese | .70 |
| 10/11/11 | Reviewing 5017646/0001 2010 and 2011 invoice for K & D Cleaning time entries - .4<br>Kimberly McFarland | .40 |
| 02/20/12 | Revising Motion to Retain Accountant in K & D Cleaning Corp. - 1.0; Sending email to attorney for K & D re Accounting Records - .2<br>Kimberly McFarland | 1.20 |
| 02/28/12 | Revise Motion to retain accountant<br>Paul J. Catanese | .30 |
| 02/29/12 | Finalize accountant's fee application<br>Paul J. Catanese | .10 |
| 03/08/12 | Travel to court and attend hearing on Motion to Retain Accountant<br>Paul J. Catanese | 1.00 |

K&D Cleaning Corp., Bankruptcy
File Number: 2059161-0001                        Page    4
Invoice No. ******                              May 7, 2015

| Date | Description | Hours |
|---|---|---|
| 10/24/12 | Attention to hearing tomorrow and correspondence with debtor's counsel regarding tax return<br>Paul J. Catanese | .20 |
| 10/25/12 | Attend status hearing on closing of case<br>Paul J. Catanese | 1.00 |
| 01/24/13 | Office conference with K. McFarland regarding tax information and telephone conference with opposing counsel regarding same<br>Paul J. Catanese | .30 |
| 01/31/13 | Travel to Court and attend hearing on status of case and final report<br>Paul J. Catanese | 1.00 |
| 02/21/13 | Draft Motion to compel debtor to produce tax returns<br>Paul J. Catanese | 1.00 |
| 02/28/13 | Office conference with P. Smoots regarding upcoming hearing on motion to compel<br>Paul J. Catanese | .30 |
| 09/18/13 | Sending email to Henry Goldenstein re tax return - .2<br>Kimberly McFarland | .20 |
| 09/20/13 | Reading email from Henry Goldenstein - .1<br>Kimberly McFarland | .10 |
| 09/26/13 | Attend status hearing on case<br>Paul J. Catanese | .80 |
| 11/07/13 | Attention to tax returns<br>Paul J. Catanese | .20 |
| 09/30/14 | Leaving telephone message for Henry Goldenstein re tax return<br>Kimberly McFarland | .10 |
| 11/12/14 | Sending email to Henry Goldenstein re tax return; Preparing Motion to Pay Administrative Expense - 1.5; Preparing Order to Motion to Pay Administrative Expense - .3<br>Kimberly McFarland | 1.90 |
| 01/28/15 | Working on Final Fee Application for McGuireWoods - 1.5<br>Kimberly McFarland | 1.50 |

K&D Cleaning Corp., Bankruptcy
File Number: 2059161-0001
Invoice No. *****                                        Page    5
                                                         May 7, 2015

02/11/15  Revising Proposed Order to Final Fee                .10
          Application of MW
             Kimberly McFarland

02/13/15  Revising Final Fee Application of MW - .3           .30
             Kimberly McFarland

02/16/15  Updating monthly memo to reflect available bank     .10
          balance and status of case
             Kimberly McFarland

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Paul J. Catanese | $425.00 | 3.6 | $1,530.00 |
| Paul J. Catanese | $400.00 | 2.6 | $1,040.00 |
| Paul J. Catanese | $350.00 | 10.3 | $3,605.00 |
| Paul J. Catanese | $335.00 | 3.5 | $1,172.50 |
| Kimberly McFarland | $255.00 | 2.0 | $510.00 |
| Kimberly McFarland | $245.00 | 2.0 | $490.00 |
| Kimberly McFarland | $240.00 | 1.2 | $288.00 |
| Kimberly McFarland | $235.00 | 0.3 | $70.50 |
| Kimberly McFarland | $225.00 | 0.8 | $180.00 |
| TOTAL FEES | | 26.3 | $8,886.00 |

Disbursements and Other Expenses:

| | | |
|---|---|---|
| | Copy Charges | $87.70 |
| | Postal Service Charges | $194.28 |
| | Pacer Research | $31.84 |
| | Long Distance Telephone Charges | $5.20 |
| 04/01/11 | FedEx Priority Overnight to PITTSBURGH PA US Tracking #: 794605147550 | $15.12 |
| 09/13/12 | FedEx Priority Overnight to LINCOLNSHIRE IL US Tracking #: 798956835311 | $12.07 |
| 02/15/13 | Paul Catanese - Taxi - Travel to Court and attend hearing on status of case and final report, on 01/31/2013 | $6.00 |
| | TOTAL EXPENSES | $352.21 |

K&D Cleaning Corp., Bankruptcy
File Number: 2059161-0001                              Page   6
Invoice No. ******                                     May 7, 2015

Summary of Fees and Expenses:

        Total Fees for Matter:                  $8,886.00

        Total Expenses for Matter:               $352.21

        Total for this Invoice:                $9,238.21