IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| K&D CLEANING CORP., | ) Case No. 10-13398 |
| | ) |
| Debtor. | ) Hon. Jack B. Schmetterer |
| | ) |
| | ) |
| | ) Hearing Date: July 28, 2015 |
| | ) Hearing Time: 10:30 a.m. |
| | ) |
| | ) |

## NOTICE OF FINAL FEE APPLICATION

To:   See Attached Service List

On June 4, 2015, Richard J. Mason, not individually, but solely as the Chapter 7 Trustee of the bankruptcy estate of the above-captioned Debtor ("Trustee") filed the **Final Fee Application of Abrams & Steinberg, P.C. for Allowance And Payment of Compensation And Reimbursement of Expenses As Accountant to the Trustee (the "Application")**. The Trustee seeks authority to pay Abrams & Steinberg, P.C., $2,464.00 in compensation. A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **July 28, 2015**, at the hour of **10:30 a.m.** before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge (or any judge who may be sitting in his stead) in Courtroom 682 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on July 28, 2015, you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on July 28, 2015, at 10:30 a.m.

If you do not object, the Court may grant the relief requested.

Richard J. Mason, not individually, but solely as the Trustee of the Chapter 7 Bankruptcy Estate of K&D Cleaning Corp.

By:　/s/ Paul J. Catanese
　　　One of his Attorneys


Richard J. Mason, P.C.(ARDC #01787659)
Paul J. Catanese (ARDC #6292530)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1815
(312) 849-8100
*Counsel to Richard J. Mason, Trustee*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **FINAL FEE APPLICATION OF ABRAMS & STEINBERG, P.C., FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT TO THE TRUSTEE (the "Application") and the Notice of the same** to be served on this 4th day of June, 2015 via the Court's electronic filing system on all parties who have consented to receipt of such service and upon all parties on the attached Service List via United States mail, proper postage prepaid.

/s/ Paul J. Catanese
Paul J. Catanese

# SERVICE LIST

K & D Cleaning Corp
3026 S Halsted
Chicago, IL 60608

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604

ADT Security
c/o Goodman Law Group LLC
700 Commerce Drive Ste 500
Oak Brook, IL 60523

AT&T
Bankruptcy Dept
6021 S. Rio Grande Ave, 1st Floor
Orlando, FL 32859

Allied Waste Services
2608 S Damen
Chicago, IL 60608

American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Circuit Associates
c/o Michael Balourdos
311 S Wacker Drive Suite 5125
Chicago, IL 60606

City of Chicago Dept of Environment
Pollution Prevention Unit
33 N LaSalle Lower Level
Chicago, IL 60602

Com Ed
System Credit/Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523

ComEd
System Credit/Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523

Dex
Attn Customer Care
1615 Bluff City Highway
Bristol, TN 37620

Domestic Uniform Rental Co
c/o Jayson M Colton
30555 Northwestern Hwy Suite 300
Farmington, MI 48334

Drycleaner Environmental Response
Trust Fund of IL
PO Box 480
Bensenville, IL 60106-0480

First Equity Card Corp
PO Box 84075
Columbus, GA 31908-4075

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th flr.

Just Energy
35190 Eagle Way
Chicago, IL 60678-1351

Lawn Manor Currency Exchange
3148 W 63rd St
Chicago, IL 60629

Lease Finance Group
233 N Michigan Avenue Suite 1800
Chicago, IL 60601-5802

Lipke Kentex Hesse Inc
5125 Church St
Skokie, IL 60077

Marlin Leasing
PO Box 637
Mount Laurel, NJ 08054

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

People's Gas
130 E Randolph 17th Floor
Chicago, IL 60601-6207

Raymond J Busch Ltd
17728 S Oak Park Avenue Suite B
Tinley Park, IL 60477

Reliable Fire Equipment Co
12845 S Cicero Ave
Alsip, IL 60803-3083

Safety Kleen Corp
PO Box 25084
Lehigh Valley, PA 18002

State of Illinois
ICS Payment and Correspondence
PO Box 19043
Springfield, IL 62794

Stericycle
2850 100th Court NE
Minneapolis, MN 55449-5137

Thirty First & Morgan
Check Cashers Inc
c/o Bonnie J Schoenberg
425 Huehl Rd Bldg 3
Northbrook, IL 60062

Alonzo H Zahour
Law Office of Alonzo H. Zahour
235 Remington Boulevard Suite G1
Bolingbrook, IL 60440

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| K&D CLEANING CORP., | ) | Case No. 10-13398 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |
| | ) | Hearing Date: July 28, 2015 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | |
| | ) | |

## COVER SHEET FOR THE FINAL FEE APPLICATION FOR PROFESSIONAL COMPENSATION FOR ABRAMS & STEINBERG, P.C.

Name of Applicant:	Abrams & Steinberg, P.C.

Authorized to Provide Professional Services to:	Richard J. Mason, Ch.7 Trustee

Date of Retention Order:	March 8, 2012, effective as March 8, 2012

Period for which Compensation is Sought:	From November 5, 2013, through June 10, 2014

Amount of Fees Sought:	$2,464.00

Amount of Expense Reimbursement Sought:	$0.00

This is an:	Interim Application: ___	Final Application X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed N/A | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| | | | |

State the aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

Dated: June 4, 2015     Richard J. Mason, Chapter 7 Trustee

By:   /s/ Paul J. Catanese
      *One of his Attorneys*

Richard J. Mason, P.C. (ARDC #01787659)
Paul J. Catanese (ARDC #06292530)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-9100

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| K & D CLEANING CORP., | ) Case No. 10-13398 |
| | ) |
| Debtor. | ) Hon. Jack B. Schmetterer |
| | ) |
| | ) |
| | ) Hearing Date: July 28, 2015 |
| | ) Hearing Time: 10:30 a.m. |

### FINAL APPLICATION ABRAMS & STEINBERG, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT TO THE TRUSTEE FOR THE PERIOD NOVEMBER 5, 2013 THROUGH JUNE 10, 2014

Richard J. Mason, not individually, but solely as the Chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") for the above-captioned debtor ("Debtor"), submits this Final Application (the "Application") of Abrams & Steinberg, P.C. ("Abrams") for Allowance and Payment of Compensation as Accountant to the Trustee in connection with professional services rendered during the period November 5, 2013 through June 10, 2014 provided by Abrams for preparing the estate's 2009 federal and state tax returns and requests the entry of an order allowing and authorizing (but not directing) payment of compensation (the "Compensation") in the amount of $2,464.00 and, in support thereof, respectfully states as follows:

### Jurisdiction and Venue

1. This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

3.     Venue of this Case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

4.     On or about March 26, 2010 ("Petition Date"), the Debtor commenced this bankruptcy case by filing a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Code").

5.     Richard J. Mason was appointed as Trustee on or about March 26, 2010.

6.     On March 8, 2012, the Court entered an order authorizing the Trustee to retain Abrams as accountant to the Trustee, effective as of March 8, 2012 **[Docket No. 26]**.

7.     The Trustee is currently holding cash totaling approximately $25,600.30. If authorized, payment of the fees and expenses requested herein would be made from those funds.

## Relief Requested

8.     Through this Application, the Trustee seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code, approving and authorizing payment to Abrams of the Compensation in the amount of $2,464.00 for services provided to the Trustee in connection with the preparation of the 2009 federal and state income tax returns for the debtor so the Trustee could determine whether it was necessary to file tax post-petition tax returns for the estate and whether a prompt determination is necessary. An invoice reflecting the services provided by Abrams, including all fees charged is attached hereto as **Exhibit A**. The services provided by Abrams related primarily reviewing tax returns, preparing 2009 federal and state returns, determining whether such returns and future returns were needed to filing.

9.     This is Abrams's Final Fee Application for Compensation and Expense Reimbursement.

2

## Notice

10. Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, the Trustee has mailed a copy of this Application and Notice of the hearing on all parties on the service list in this bankruptcy case.

WHEREFORE, the Trustee prays this Court enter an order allowing Abrams's compensation of $2,464.00 as payment for accounting services to the Trustee; authorizing, but not directing, the Trustee to pay Abrams the allowed compensation, approving the form and manner of notice provided to creditors and other parties in interest; and granting such further relief as the Court deems just and appropriate.

Dated: June 4, 2015

            /s/ Paul J. Catanese
            *One of the Attorneys for the Trustee*

Richard J. Mason, P.C. (ARDC #01787659)
Paul J. Catanese (ARDC #6292530)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100

65681874_1.docx

# EXHIBIT A

Bankruptcy Estate of K&D Cleaning

Schedule of Professionals Providing Services

| Name | Hourly Rate | Hours of Service | Aggregate Charges |
|---|---|---|---|
| Henry Goldenstein | $235 | 2.80 | $ 658.00 |
| Henry Goldenstein | $245 | 4.80 | 1,176.00 |
| Barry Steinberg | $315 | 2.00 | 630.00 |
| Total | | 9.60 | $2,464.00 |

**Exhibit 2**