# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: K & D CLEANING CORP     §   Case No. 10-13398-JBS
                               §
                               §
                               §
Debtor(s)                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/28/2015 in Courtroom 682, United States Courthouse, 219 S DEARBORN
CHICAGO, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/04/2015           By:  /s/ Richard J. Mason
                                                      Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: K & D CLEANING CORP § Case No. 10-13398-JBS
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 27,919.64 |
| and approved disbursements of | $ 2,319.34 |
| leaving a balance on hand of [1] | $ 25,600.30 |

**Balance on hand:** $ 25,600.30

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,600.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 3,541.96 | 0.00 | 3,541.96 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 8,886.00 | 0.00 | 8,886.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 352.21 | 0.00 | 352.21 |
| Accountant for Trustee, Fees - Abrams & Steinberg, P.C. | 2,464.00 | 0.00 | 2,464.00 |

Total to be paid for chapter 7 administration expenses: $ 15,244.17
Remaining balance: $ 10,356.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 10,356.13 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,437.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Employment Security | 1,437.96 | 0.00 | 1,437.96 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,437.96 |
| Remaining balance: | $ | 8,918.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,450.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 71.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Reliable Fire Equipment Co | 64.95 | 0.00 | 46.52 |
| 2 | Drycleaner Environmental Response | 1,500.00 | 0.00 | 1,074.41 |
| 3 | Marlin Leasing Corporation | 1,149.30 | 0.00 | 823.21 |
| 4U | Illinois Department of Employment Security | 120.00 | 0.00 | 85.95 |
| 5 | American Express Bank, FSB | 1,106.29 | 0.00 | 792.41 |
| 6 | ADT Security | 8,510.25 | 0.00 | 6,095.67 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,918.17 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $         0.00
Remaining balance:   $         0.00


Prepared By:  /s/RICHARD J. MASON
                           Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 10-13398-JBS
K & D Cleaning Corp                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster            Page 1 of 2               Date Rcvd: Jun 05, 2015
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2015.
```
db             +K & D Cleaning Corp,    3026 S Halsted,    Chicago, IL 60608-5805
15324861       +ADT Security,    c/o Goodman Law Group LLC,    700 Commerce Drive Ste 500,
                 Oak Brook, IL 60523-8736
15324864       +AT&T,    Bankruptcy Dept,    6021 S. Rio Grande Ave, 1st Floor,    Orlando, FL 32809-4613
15324862       +Allied Waste Services,    2608 S Damen,    Chicago, IL 60608-5209
15324863        American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
16018869        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15324865       +Circuit Associates,    c/o Michael Balourdos,    311 S Wacker Drive Suite 5125,
                 Chicago, IL 60606-6657
15324866        City of Chicago Dept of Environment,    Pollution Prevention Unit,    33 N LaSalle Lower Level,
                 Chicago, IL 60602
15324869       +Dex,    Attn Customer Care,    1615 Bluff City Highway,    Bristol, TN 37620-6055
15324871        Drycleaner Environmental Response,    Trust Fund of IL,    PO Box 480,
                 Bensenville, IL 60106-0480
15324872        First Equity Card Corp,    PO Box 84075,    Columbus, GA 31908-4075
15324882       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: State of Illinois,    ICS Payment and Correspondence,    PO Box 19043,
                 Springfield, IL 62794)
15324873        Just Energy,    35190 Eagle Way,    Chicago, IL 60678-1351
15324874       +Lawn Manor Currency Exchange,    3148 W 63rd St,    Chicago, IL 60629-2750
15324877       +Marlin Leasing,    PO Box 637,    Mount Laurel, NJ 08054-0637
15876119       +Marlin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
15324878        People's Gas,    130 E Randolph 17th Floor,    Chicago, IL 60601-6207
15324880        Reliable Fire Equipment Co,    12845 S Cicero Ave,    Alsip, IL 60803-3083
15324881       +Safety Kleen Corp,    PO Box 25084,    Lehigh Valley, PA 18002-5084
15324883        Stericycle,    2850 100th Court NE,    Minneapolis, MN 55449-5137
15324860       +Thirty First & Morgan Check Cashers Inc,    c/o Bonnie J Schoenberg,    425 Huehl Rd Bldg 3,
                 Northbrook, IL 60062-2323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15324867       +E-mail/Text: legalcollections@comed.com Jun 06 2015 00:21:52      Com Ed,
                 System Credit/Bankruptcy Dept,    2100 Swift Drive,    Oak Brook, IL 60523-1559
15324868       +E-mail/Text: legalcollections@comed.com Jun 06 2015 00:21:52      ComEd,
                 System Credit/Bankruptcy Dept,    2100 Swift Drive,    Oak Brook, IL 60523-1559
15324870       +E-mail/Text: mcolton@domesticuniform.com Jun 06 2015 00:22:00      Domestic Uniform Rental Co,
                 c/o Jayson M Colton,    30555 Northwestern Hwy Suite 300,    Farmington, MI 48334-3160
15918194       +E-mail/Text: des.claimantbankruptcy@illinois.gov Jun 06 2015 00:21:57
                 Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
                                                                                              TOTAL: 4
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15324875        ##Lease Finance Group,    233 N Michigan Avenue Suite 1800,    Chicago, IL 60601-5802
15324876        ##+Lipke Kentex Hesse Inc,    5125 Church St,    Skokie, IL 60077-1233
15324879        ##+Raymond J Busch Ltd,    17728 S Oak Park Avenue Suite B,    Tinley Park, IL 60477-2063
                                                                                 TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2015                                Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: gbeemster              Page 2 of 2             Date Rcvd: Jun 05, 2015
                              Form ID: pdf006              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2015 at the address(es) listed below:
              Alonzo H Zahour    on behalf of Debtor    K & D Cleaning Corp ahzlawyer@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul   Catanese    on behalf of Trustee Richard J Mason pcatanese@mcguirewoods.com,
               docket@mcguirewoods.com
              Richard J Mason    rmason@mcguirewoods.com,   IL54@ecfcbis.com
              Richard J Mason    on behalf of Accountant    Abrams & Steinberg P.C. rmason@mcguirewoods.com,
               IL54@ecfcbis.com
                                                                                             TOTAL: 5
```