RICHARD J. MASON
McGuire Woods LLP
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

        Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: K & D CLEANING CORP      §   Case No. 10-13398-JBS
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD J. MASON, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,356.13      Claims Discharged
                                           Without Payment: $3,532.62

Total Expenses of Administration: $17,563.51

---

    3)  Total gross receipts of $      27,919.64    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $27,919.64
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,563.51 | 17,563.51 | 17,563.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,437.96 | 1,437.96 | 1,437.96 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 12,450.79 | 12,450.79 | 8,918.17 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,452.26 | $31,452.26 | $27,919.64 |

    4) This case was originally filed under Chapter 7 on March 26, 2010. The case was pending for 67 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2015   By: /s/RICHARD J. MASON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 South Central Bank Checking Accounts | 1129-000 | 23,575.10 |
| 3 dry cleaning machines, 2 sewing machines, 2 wa | 1229-000 | 3,500.00 |
| ComEd Refund Check | 1129-000 | 836.04 |
| Interest Income | 1270-000 | 8.50 |
| **TOTAL GROSS RECEIPTS** | | **$27,919.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 3,541.96 | 3,541.96 | 3,541.96 |
| McGuireWoods LLP | 3110-000 | N/A | 8,886.00 | 8,886.00 | 8,886.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| McGuireWoods LLP | 3120-000 | N/A | 352.21 | 352.21 | 352.21 |
| Abrams & Steinberg, P.C. | 3410-000 | N/A | 2,464.00 | 2,464.00 | 2,464.00 |
| International Sureties, LTD | 2300-000 | N/A | 21.02 | 21.02 | 21.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.04 | 42.04 | 42.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.33 | 55.33 | 55.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.93 | 60.93 | 60.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.99 | 56.99 | 56.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.51 | 60.51 | 60.51 |
| International Sureties, LTD. | 2300-000 | N/A | 301.62 | 301.62 | 301.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.40 | 54.40 | 54.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.87 | 55.87 | 55.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.89 | 53.89 | 53.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.21 | 61.21 | 61.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.67 | 53.67 | 53.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.10 | 59.10 | 59.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.13 | 57.13 | 57.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.49 | 51.49 | 51.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.57 | 60.57 | 60.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.94 | 54.94 | 54.94 |
| Rabobank, N.A. | 2600-000 | N/A | 35.82 | 35.82 | 35.82 |
| Rabobank, N.A. | 2600-000 | N/A | 42.27 | 42.27 | 42.27 |
| International Sureties, LTD. | 2300-000 | N/A | 110.24 | 110.24 | 110.24 |
| Rabobank, N.A. | 2600-000 | N/A | 35.81 | 35.81 | 35.81 |
| Rabobank, N.A. | 2600-000 | N/A | 36.89 | 36.89 | 36.89 |
| Rabobank, N.A. | 2600-000 | N/A | 40.65 | 40.65 | 40.65 |
| Rabobank, N.A. | 2600-000 | N/A | 39.32 | 39.32 | 39.32 |
| Rabobank, N.A. | 2600-000 | N/A | 35.46 | 35.46 | 35.46 |
| Rabobank, N.A. | 2600-000 | N/A | 41.74 | 41.74 | 41.74 |
| Rabobank, N.A. | 2600-000 | N/A | 37.88 | 37.88 | 37.88 |
| Rabobank, N.A. | 2600-000 | N/A | 36.56 | 36.56 | 36.56 |
| Rabobank, N.A. | 2600-000 | N/A | 41.56 | 41.56 | 41.56 |
| Rabobank, N.A. | 2600-000 | N/A | 35.20 | 35.20 | 35.20 |
| Rabobank, N.A. | 2600-000 | N/A | 41.43 | 41.43 | 41.43 |
| Rabobank, N.A. | 2600-000 | N/A | 38.86 | 38.86 | 38.86 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| International Sureties, LTD. | 2300-000 | N/A | 22.93 | 22.93 | 22.93 |
| Rabobank, N.A. | 2600-000 | N/A | 35.05 | 35.05 | 35.05 |
| Rabobank, N.A. | 2600-000 | N/A | 36.22 | 36.22 | 36.22 |
| Rabobank, N.A. | 2600-000 | N/A | 39.91 | 39.91 | 39.91 |
| Rabobank, N.A. | 2600-000 | N/A | 37.35 | 37.35 | 37.35 |
| Rabobank, N.A. | 2600-000 | N/A | 36.06 | 36.06 | 36.06 |
| Rabobank, N.A. | 2600-000 | N/A | 40.98 | 40.98 | 40.98 |
| Rabobank, N.A. | 2600-000 | N/A | 35.95 | 35.95 | 35.95 |
| Rabobank, N.A. | 2600-000 | N/A | 39.61 | 39.61 | 39.61 |
| Rabobank, N.A. | 2600-000 | N/A | 38.32 | 38.32 | 38.32 |
| Rabobank, N.A. | 2600-000 | N/A | 33.32 | 33.32 | 33.32 |
| Rabobank, N.A. | 2600-000 | N/A | 41.91 | 41.91 | 41.91 |
| Rabobank, N.A. | 2600-000 | N/A | 36.92 | 36.92 | 36.92 |
| Rabobank, N.A. | 2600-000 | N/A | 34.41 | 34.41 | 34.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $17,563.51 | $17,563.51 | $17,563.51 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Illinois Department of Employment Security | 5800-000 | N/A | 1,437.96 | 1,437.96 | 1,437.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,437.96 | $1,437.96 | $1,437.96 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Reliable Fire Equipment Co | 7100-000 | N/A | 64.95 | 64.95 | 46.52 |
| 2 | Drycleaner Environmental Response | 7100-000 | N/A | 1,500.00 | 1,500.00 | 1,074.41 |
| 3 | Marlin Leasing Corporation | 7100-000 | N/A | 1,149.30 | 1,149.30 | 823.21 |
| 4U | Illinois Department of Employment Security | 7100-000 | N/A | 120.00 | 120.00 | 85.95 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 1,106.29 | 1,106.29 | 792.41 |
| 6 | ADT Security | 7100-000 | N/A | 8,510.25 | 8,510.25 | 6,095.67 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $12,450.79 | $12,450.79 | $8,918.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-13398-JBS  
**Case Name:** K & D CLEANING CORP  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 03/26/10 (f)  
**§341(a) Meeting Date:** 05/26/10  

**Period Ending:** 11/10/15  

**Claims Bar Date:** 08/25/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 South Central Bank Checking Accounts<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 23,575.10 | FA |
| 2 | 3 dry cleaning machines, 2 sewing machines, 2 wa (u)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 5,000.00 | | 3,500.00 | FA |
| 3 | ComEd Refund Check | 836.04 | 836.04 | | 836.04 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.50 | Unknown |
| 4 | **Assets** Totals (Excluding unknown values) | **$5,836.04** | **$5,836.04** | | **$27,919.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

Once the TFR is approved, we will file the Fee Applications and the NDR.

Once the TFR is approved, we will file the Fee Applications and the NDR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** March 31, 2015

Printed: 11/10/2015 03:31 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-13398-JBS  
**Case Name:** K & D CLEANING CORP  

**Taxpayer ID #:** **-***2755  
**Period Ending:** 11/10/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/10 | {1} | South Central Bank | Cashier's Check | 1129-000 | 23,575.10 | | 23,575.10 |
| 05/28/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.54 | | 23,575.64 |
| 06/03/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.16 | | 23,575.80 |
| 06/03/10 | | Wire out to BNYM account **********5565 | Wire out to BNYM account **********5565 | 9999-000 | -23,575.80 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -23,575.80 | 0.00 | |
| **Subtotal** | 23,575.80 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$23,575.80** | **$0.00** | |

{} Asset reference(s)

Printed: 11/10/2015 03:31 PM V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-13398-JBS  
**Case Name:** K & D CLEANING CORP  
**Taxpayer ID #:** **-***2755  
**Period Ending:** 11/10/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******55-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/03/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 23,575.80 | | 23,575.80 |
| 06/21/10 | {3} | Commonwealth Edison Company | Refund Check | 1129-000 | 836.04 | | 24,411.84 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.26 | | 24,413.10 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.45 | | 24,414.55 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.45 | | 24,416.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,416.20 |
| 10/22/10 | {2} | XXPress Cleaners | | 1229-000 | 2,500.00 | | 26,916.20 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,916.40 |
| 11/03/10 | {2} | Xxpress Cleaners | | 1229-000 | -2,500.00 | | 24,416.40 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,416.60 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,416.80 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,417.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 24,417.18 |
| 03/31/11 | {2} | XXPress Cleaners | | 1229-000 | 3,500.00 | | 27,917.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 27,917.38 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,917.60 |
| 05/05/11 | 11001 | International Sureties, LTD | Bond # 016026455 | 2300-000 | | 21.02 | 27,896.58 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,896.81 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,897.03 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,897.26 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,897.49 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,897.71 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.04 | 27,855.67 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,855.90 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.33 | 27,800.57 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 27,800.79 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.93 | 27,739.86 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,740.09 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.99 | 27,683.10 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,683.33 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.51 | 27,622.82 |
| 02/09/12 | 11002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-13398 Voided on 02/09/12 | 2300-000 | | ! 307.50 | 27,315.32 |
| 02/09/12 | 11002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | ! -307.50 | 27,622.82 |

Subtotals : $27,919.64 $296.82

{} Asset reference(s)      !-Not printed or not transmitted      Printed: 11/10/2015 03:31 PM    V.13.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-13398-JBS  
**Case Name:** K & D CLEANING CORP  

**Taxpayer ID #:** **-***2755  
**Period Ending:** 11/10/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******55-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | BALANCE AS OF 02/09/2012 FOR CASE #10-13398 | | | | |
| | | | Voided: check issued on 02/09/12 | | | | |
| 02/09/12 | 11003 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-13398, Bond #016026455 | 2300-000 | | 301.62 | 27,321.20 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.40 | 27,266.80 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.87 | 27,210.93 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.89 | 27,157.04 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.21 | 27,095.83 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.67 | 27,042.16 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.10 | 26,983.06 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.13 | 26,925.93 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.49 | 26,874.44 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.57 | 26,813.87 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.94 | 26,758.93 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 26,758.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,919.64 | 27,919.64 | $0.00 |
| | | | Less: Bank Transfers | | 23,575.80 | 26,758.93 | |
| | | | **Subtotal** | | 4,343.84 | 1,160.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,343.84** | **$1,160.71** | |

{} Asset reference(s)

Printed: 11/10/2015 03:31 PM     V.13.23

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-13398-JBS
**Case Name:** K & D CLEANING CORP

**Taxpayer ID #:** **-***2755
**Period Ending:** 11/10/15

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** Rabobank, N.A.
**Account:** ******3266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 26,758.93 | | 26,758.93 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.82 | 26,723.11 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.27 | 26,680.84 |
| 02/21/13 | 21004 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #10-13398, Bond #016026455 | 2300-000 | | 110.24 | 26,570.60 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.81 | 26,534.79 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.89 | 26,497.90 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.65 | 26,457.25 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.32 | 26,417.93 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.46 | 26,382.47 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.74 | 26,340.73 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.88 | 26,302.85 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.56 | 26,266.29 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.56 | 26,224.73 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.20 | 26,189.53 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.43 | 26,148.10 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.86 | 26,109.24 |
| 02/27/14 | 21005 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #10-13398, Bond # 016026455 | 2300-000 | | 22.93 | 26,086.31 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.05 | 26,051.26 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.22 | 26,015.04 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.91 | 25,975.13 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.35 | 25,937.78 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.06 | 25,901.72 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.98 | 25,860.74 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.95 | 25,824.79 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.61 | 25,785.18 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.32 | 25,746.86 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.32 | 25,713.54 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.91 | 25,671.63 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.92 | 25,634.71 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.41 | 25,600.30 |
| 08/10/15 | 21006 | RICHARD J. MASON | Dividend paid 100.00% on $3,541.96, Trustee Compensation; Reference: | 2100-000 | | 3,541.96 | 22,058.34 |

Subtotals : $26,758.93 $4,700.59

{} Asset reference(s)

Printed: 11/10/2015 03:31 PM V.13.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-13398-JBS  
**Case Name:** K & D CLEANING CORP  
**Taxpayer ID #:** **-***2755  
**Period Ending:** 11/10/15

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/15 | 21007 | McGuireWoods LLP | Dividend paid 100.00% on $8,886.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,886.00 | 13,172.34 |
| 08/10/15 | 21008 | McGuireWoods LLP | Dividend paid 100.00% on $352.21, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 352.21 | 12,820.13 |
| 08/10/15 | 21009 | Abrams & Steinberg, P.C. | Dividend paid 100.00% on $2,464.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,464.00 | 10,356.13 |
| 08/10/15 | 21010 | Illinois Department of Employment Security | Dividend paid 100.00% on $1,437.96; Claim# 4P; Filed: $1,437.96; Reference: | 5800-000 | | 1,437.96 | 8,918.17 |
| 08/10/15 | 21011 | Reliable Fire Equipment Co | Dividend paid 71.62% on $64.95; Claim# 1; Filed: $64.95; Reference: | 7100-000 | | 46.52 | 8,871.65 |
| 08/10/15 | 21012 | Drycleaner Environmental Response | Dividend paid 71.62% on $1,500.00; Claim# 2; Filed: $1,500.00; Reference: | 7100-000 | | 1,074.41 | 7,797.24 |
| 08/10/15 | 21013 | Marlin Leasing Corporation | Dividend paid 71.62% on $1,149.30; Claim# 3; Filed: $1,149.30; Reference: | 7100-000 | | 823.21 | 6,974.03 |
| 08/10/15 | 21014 | Illinois Department of Employment Security | Dividend paid 71.62% on $120.00; Claim# 4U; Filed: $120.00; Reference: | 7100-000 | | 85.95 | 6,888.08 |
| 08/10/15 | 21015 | American Express Bank, FSB | Dividend paid 71.62% on $1,106.29; Claim# 5; Filed: $1,106.29; Reference: | 7100-000 | | 792.41 | 6,095.67 |
| 08/10/15 | 21016 | ADT Security | Dividend paid 71.62% on $8,510.25; Claim# 6; Filed: $8,510.25; Reference: | 7100-000 | | 6,095.67 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 26,758.93 | 26,758.93 | $0.00 |
| Less: Bank Transfers | 26,758.93 | 0.00 | |
| **Subtotal** | 0.00 | 26,758.93 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $26,758.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****55-65 | 23,575.80 | 0.00 | 0.00 |
| Checking # ****-******55-65 | 4,343.84 | 1,160.71 | 0.00 |
| Checking # ******3266 | 0.00 | 26,758.93 | 0.00 |
| | $27,919.64 | $27,919.64 | $0.00 |

{} Asset reference(s)

Printed: 11/10/2015 03:31 PM     V.13.23